IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DEVANTE DOUGHTY                                              PLAINTIFF

v.                          No. 3:26-cv-99-DPM

PEPSICO BEVERAGES CO.                                        DEFENDANT

## ORDER

1. Doughty's application to proceed *in forma pauperis*, *Doc. 1*, is granted.   He is unemployed, has little savings, and claims three dependents.

2. The Court must screen Doughty's complaint.   28 U.S.C. § 1915(e)(2).   Doughty, a former warehouse lead at PepsiCo, says he was fired after helping a coworker report workplace violence, harassment, and retaliation by a supervisor. *Doc. 2 at 2.*   After making the report, Doughty noticed changes to PepsiCo's disciplinary and investigative procedures.   Doughty was suspended, and ultimately fired, by the same supervisor that was reported.   He helpfully attached the EEOC's right-to-sue letter.   Doughty has stated a plausible retaliation claim. *Blomker v. Jewell*, 831 F.3d 1051, 1059 (8th Cir. 2016).

3. The Clerk must issue summons for PepsiCo Beverages, and deliver it, along with a copy of the complaint and this Order to the United States Marshal, who is directed to serve process, without prepayment of fees, on PepsiCo's registered agent, CT Corporation

System, 320 S. Izard St., Little Rock, Arkansas 72201. The Marshal must complete service by certified mail, restricted delivery, return receipt requested.

**4.** The Court refers this case to Magistrate Judge Moore to enter a Scheduling Order, handle all pretrial matters, and non-dispositive motions, including a recommended disposition on any dispositive motion. Trial is set for 7 February 2028. Recommendation on dispositive motions due by 6 August 2027.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 April 2026

- 2 -